NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


GERELCO TRAFFIC CONTROLS, INC., a )
Florida corporation, and AMERISURE )
INSURANCE COMPANY, )
)
        Appellants, )
)
v. )     Case No. 2D18-3701
)
STEPHANIE MING, )
)
        Appellee. )
_____)

Opinion filed September 11, 2019.

Appeal from the Circuit Court for
Hillsborough County; Elizabeth G. Rice,
Judge.

Hala Sandridge and Chance Lyman of
Buchanan Ingersoll & Rooney PC, Tampa,
for Appellants.

Christopher D. Codling and Robert D.
Sparks of Givens Givens Sparks, PLLC,
Tampa; and Raymond T. Elligett, Jr., and
Amy S. Farrior of Buell & Elligett, Tampa,
for Appellee.


PER CURIAM.

        Affirmed.


VILLANTI, MORRIS, and SALARIO, JJ., Concur.